### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-989-RGA ) |
| GOOGLE INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER TO STAY CASE

WHEREAS, the patent asserted in C.A. No. 11-989, U.S. Patent No. 8,041,711 is currently subject to *Inter Partes* Re-Examination before the U.S.P.T.O. (File 95/002,289);

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Walker Digital, LLC and Defendant Google Inc. subject to the approval of the Court, that C.A. No. 11-989-RGA be stayed pending final resolution of the reexamination.

BAYARD, P.A.

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**Attorneys for Plaintiff**
**WALKER DIGITAL, LLC**

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
(302) 994-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Michael J. Malecek
Kenneth Maikish
Timothy Chao
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
(650) 319-4500
michael.malecek@kayescholer.com
kenneth.maikish@kayescholer.com
timothy.chao@kayescholer.com

**Attorneys for Defendant
GOOGLE INC.**

Parties to submit status report every six months.

IT IS SO ORDERED this 10th day of April, 2013.

_____
The Honorable Richard. G. Andrews
United States District Judge

2